DUNNINGTON
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

February 13, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

**Re:** *Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum, and Milo Vavra v. Republic of Austria et al.* Case no. 22 Civ. 10625 (AT) (OTW)

Dear Judge Torres:

We represent Plaintiffs in this action to recover artworks currently in possession of two museums located in the Republic of Austria. We respond to the Court's December 19, 2022 Order concerning whether the parties are willing to consent, under 28 U.S. C. Section 636(c) to have all further proceedings in this action before the assigned Magistrate Judge, rather than before Your Honor. [ECF Doc. 4].

Please be advised that Plaintiffs have taken steps to effect service of process upon all three defendants. At this time, we do not have confirmation that service has been completed on all defendants, and therefore cannot respond to the Court as to whether the parties agree to have all further proceedings in this action proceed before the assigned Magistrate Judge.

Service upon defendant Albertina Museum, an agency of the Republic of Austria, and upon defendant Leopold Museum Private Foundation, a foundation owned and controlled by the Republic of Austria, was commenced through delivery of process to the Ministry of Justice in Vienna, Austria.

Service of process upon defendant Republic of Austria is being effectuated through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We have sent the requisite copies of the Summons, Complaint with exhibits, Notice of Suit, and Your Honor's December 19, 2022 Order, and translations of those documents into German (Austria's official language) to the Clerk of the Court for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria.

DUNNINGTON
BARTHOLOW & MILLER LLP

We will advise the Court when we receive confirmation that all three defendants have been served and know whether all parties are willing to have all further proceedings in this action be held before the assigned Magistrate Judge, rather than before Your Honor.

Respectfully submitted,

/s/ Claudia G. Jaffe