```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

          Plaintiffs,

-against-

REPUBLIC OF AUSTRIA, a foreign state, and the ALBERTINA MUSEUM, an agency of the REPUBLIC OF AUSTRIA, and LEOPOLD MUSEUM PRIVATE FOUNDATION, a foundation owned and controlled by the REPUBLIC OF AUSTRIA,

          Defendants.

22 Civ. 10625 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 19, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by February 13, 2023. ECF No. 3. Those submissions are now overdue. Accordingly, by **February 21, 2023**, the parties shall file their joint letter and case management plan.

    SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge