# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Case No. |
|  | ) |
| _____ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.
Grunbaum and Milos Vavra

Date: _____           _____
                                                                                                                      *Attorney's signature*

                                                                                 _____
                                                                              *Printed name and bar number*

                                                                                _____
                                                                                                  *Address*

                                                                                _____
                                                                              *E-mail address*

                                                                                _____
                                                                           *Telephone number*

                                                                                _____
                                                                                   *FAX number*