DUNNINGTON
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

February 21, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

**Re:** ***Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum, and Milos Vavra v. Republic of Austria et al.*, Case no. 22 Civ. 10625 (AT) (OTW)**

Dear Judge Torres,

We represent Plaintiffs in this action to recover artworks currently in possession of two museums located in the Republic of Austria. We write further to our letter of February 13, 2023 (case doc. No. 8) and in response to the Court's February 14, 2023 Order directing the parties to file a joint letter and submit a proposed case management plan by February 21, 2023 (the "Order")

As noted in our February 13, 2023 letter, Plaintiffs have taken steps to effect service of process upon Defendants the Republic of Austria, the Albertina Museum and the Leopold Museum Private Foundation. Service upon Defendant Albertina Museum, an agency of the Republic of Austria, and upon Defendant Leopold Museum Private Foundation, a foundation owned and controlled by the Republic of Austria, was commenced through delivery of process to the Ministry of Justice in Vienna.

Service of process upon Defendant Republic of Austria is being effectuated through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We have sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, the December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria.

At this time, we do not have confirmation that service has been completed on all three defendants. We do not currently know who will be representing the defendants and therefore cannot submit a joint letter or management plan at this juncture.

DUNNINGTON
BARTHOLOW & MILLER LLP

We will advise the Court when we receive confirmation that all three defendants have been served. We commit to work with counsel to provide a case management plan and joint letter to the Court at the earliest opportunity.

Respectfully submitted,

/s/ Claudia G. Jaffe