DUNNINGTON
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

March 24, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

**Re:** ***Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum, and Milos Vavra v. Republic of Austria et al.,*** **Case no. 22 Civ. 10625 (AT) (OTW)**

Dear Judge Torres,

We represent Plaintiffs in this action to recover artworks currently in possession of two museums located in the Republic of Austria. Defendants are the Republic of Austria, the Albertina Museum (an agency of the Republic of Austria) and the Leopold Museum Private Foundation (a foundation owned and controlled by the Republic of Austria). We write further to the Court's February 23, 2023 Order [Doc. 13] directing Plaintiffs to file a letter informing the Court on the status of service on the defendants or file joint letter and proposed case management plan. At this time, we do not have confirmation that service has been completed on all three defendants.

As noted in our February 13 and February 21, 2023 letters to the Court [Docs. 8 and 11], Plaintiffs have taken steps to effect service of process upon Defendants Albertina Museum and Leopold Museum Private Foundation through the Ministry of Justice in Vienna, Austria. We have communicated with local contacts in Vienna as recently as today and understand service has not yet been finalized.

Service of process upon Defendant Republic of Austria is being effectuated through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, the December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria. Subsequent to our February 21, 2023 communication with the Court, and pursuant to a Certificate of Mailing filed February 22, 2023 [Doc. 12], we learned that the documents Plaintiffs provided to the Clerk of the Court were forwarded to the United States Department of State. At this time we do not have confirmation that the Department of State has completed service of process on the Republic of Austria, and we verily believe service remains pending.

Accordingly, because service of process on Defendants remains pending, we do not know the names of counsel who will be appearing for Defendants and cannot, at this time, provide a case management plan or joint letter to the Court. We will advise the Court when we receive confirmation that all three defendants have been served. We commit to work with counsel (once identified) to provide a case management plan and joint letter to the Court at the earliest opportunity.

Respectfully submitted,

/s/ Claudia G. Jaffe