UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

            Plaintiffs,

- against -

REPUBLIC OF AUSTRIA, ET AL.,

            Defendants.

---

22-cv-10625 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    On April 13, 2023, this Court was reassigned five related cases: 22-cv-10625, 23-cv-346, 23-cv-2108, 23-cv-3009, and 23-cv-2443. The parties in all five actions are directed to appear for a telephone conference on **Monday, April 17, 2023 at noon** to discuss the status of these actions.

    Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is directed to enter this Order in 22-cv-10625, 23-cv-346, 23-cv-2108, 23-cv-3009, and 23-cv-2443.

SO ORDERED.

Dated:    New York, New York
            April 14, 2023

                                        John G. Koeltl
                               United States District Judge