**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TIMOTHY REIF, ET AL.,**

                    **Plaintiffs,**

          **- against -**

**REPUBLIC OF AUSTRIA, ET AL.,**

                    **Defendants.**

**22-cv-10625 (JGK)**

**ORDER**

---

**JOHN G. KOELTL, District Judge:**

As discussed during the telephone conference this afternoon, all of the related actions except Reif v. Republic of Austria, No. 22-cv-10625, are consolidated for purposes of pretrial. The time for the defendants in those actions (Reif v. Carnegie Institute, No. 23-cv-346; Reif v. Oberlin College, No. 23-cv-2108; Reif v. The Santa Barbara Museum of Art, No. 23-cv-3009; and Reif v. The Art Institute of Chicago, No. 23-cv-2443) to move or answer with respect to the operative complaints is extended to **Thursday, June 8, 2023.** The plaintiffs may file an amended complaint in the Santa Barbara action by **Monday, April 24, 2023.**

The plaintiffs should update the Court at the end of each month on the efforts to serve the defendants in the Austria action.

Discovery is **stayed** in the Carnegie, Oberlin, Santa Barbara, and Art Institute of Chicago actions pending a decision on any motions to dismiss in those actions.

To the extent there are any other outstanding deadlines imposed by Judge Torres, those are no longer operable.

The Clerk is directed to enter this Order in 22-cv-10625, 23-cv-346, 23-cv-2108, 23-cv-3009, and 23-cv-2443.

**SO ORDERED.**

**Dated:**     **New York, New York**
          **April 17, 2023**

**John G. Koeltl**
**United States District Judge**

2