DUNNINGTON
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

April 28, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

**Re:** ***Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum, and Milos Vavra v. Republic of Austria et al.*, Case no. 22 Civ. 10625 (JGK)**

Dear Judge Koeltl,

We represent Plaintiffs in this action to recover artworks currently in possession of two museums located in the Republic of Austria. Defendants are the Republic of Austria, the Albertina Museum (an agency of the Republic of Austria) and the Leopold Museum Private Foundation (a foundation owned and controlled by the Republic of Austria). We write further to the Court's April 17, 2023 Order [Doc. 23] directing Plaintiffs to update the Court at the end of each month on the efforts to serve the defendants in this action. At this time, we do not have confirmation that service has been completed on any of the defendants. Because this case was recently transferred to this Court, we will summarize our efforts to date to serve the defendants.

Service on Defendant Republic of Austria

We have undertaken steps to serve process on Defendant Republic of Austria through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, Judge Torres's December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court in the Southern District of New York for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Republic of Austria. The Clerk's office forwarded the foregoing to the United States Department of State on February 22, 2023. [Doc.12]. We have been checking the Federal Express shipping records to see if the package for the Republic of Austria has been shipped, and to date found no evidence that the package has left Washington, D.C. We therefore believe service on the Republic of Austria remains pending.

Service on Defendant Leopold Museum Private Foundation

Plaintiffs have taken steps to effect service of process upon Leopold Museum Private Foundation by delivering the Summons, Complaint and all supporting papers to the Ministry of Justice in Vienna, Austria. We have engaged local counsel in Vienna to monitor service upon the defendant museums. Local counsel informs us that the Ministry of Justice forwarded process to the responsible district court in Austria on April 4, 2023 for service upon Defendant Leopold Museum. As this time, we do not know if service has been completed. The Ministry of Justice advised our local counsel that it will provide a confirmation of service when service is effected on the Leopold Museum. We are keeping in regular contact with local counsel in Vienna to follow for confirmation of service.

Service on Defendant Albertina Museum

Plaintiffs have taken steps to effect service upon Defendant Albertina Museum through the Ministry of Justice in Vienna as well as through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We initiated service through the Ministry of Justice in Vienna for the Albertina Museum at the same time we initiated service for the Leopold Museum. In late March our local counsel in Vienna advised that the Office for Public International Law of the Ministry of Exterior in Vienna requested that service be made through diplomatic channels, rather than through the Ministry of Justice, on grounds that the Albertina Museum is an institution created by Austrian federal law.

We promptly provided the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, Judge Torres's December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court for the Southern District of New York for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Albertina Museum. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Albertina Museum in Vienna. On March 31, 2023 the Clerk's office transmitted the foregoing documents to the U.S. Department of State. [Doc.20]. We have been checking the Federal Express shipping records to see if the State Department shipped the package of case documents to the Albertina Museum. To date, we've found no evidence that the package has left Washington, D.C. We therefore believe service remains pending.

We will continue to provide monthly reports to the Court until all defendants in this action are served.

Respectfully submitted,

/s/ Claudia G. Jaffe