# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21ˢᵗ Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

May 5, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

> **Re:**  ***Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum, and Milos Vavra v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK)**

Dear Judge Koeltl,

We represent Plaintiffs in this action to recover artworks currently in possession of two museums located in the Republic of Austria. Defendants are the Republic of Austria, the Albertina Museum (an agency of the Republic of Austria) and the Leopold Museum Private Foundation (a foundation owned and controlled by the Republic of Austria). We write to assure the Court that we believe that the U.S. State Department is in the process of serving process notwithstanding the April 26, 2023 letter from the Austrian Embassy in Washington, D.C. concerning service of process on Defendant Albertina Museum that was filed today. [ECF 25].

We originally attempted service through the Ministry of Justice in Vienna. As we explained in our April 28, 2023 letter to the Court [ECF 24], on March 24, 2023, our local counsel in Vienna advised that the Austrian Office for Public International Law of the Ministry of Exterior requested that service be made through diplomatic channels, rather than through the Ministry of Justice, on grounds that the Albertina Museum is an institution created by Austrian federal law.

Because of this development, on March 29, 2023 we initiated service on Defendant Albertina Museum through diplomatic channels by sending the requisite copies and translations of necessary documents (fully described in our April 28, 2023 letter) to the Clerk of the Court for the Southern District of New York for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Albertina Museum. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Albertina Museum in Vienna. On March 31, 2023 the Clerk's office transmitted the foregoing documents to the U.S. Department of State. [Doc.20].

On April 24, 2023, our local counsel in Vienna advised us that on April 19, 2023 the Republic of Austria's Ministry of Foreign Affairs rejected Plaintiffs' request for service of process on Albertina Museum. The Ministry of Foreign Affairs returned the papers it received for service

Hon. John G. Koeltl
May 5, 2023
Page 2



to the Austrian Embassy in Washington with a notice that the papers had not been served. We believe the April 26, 2023 letter from the Austrian Embassy refers to this rejection.

Our check of the Federal Express website reveals that the mailing labels we provided for the U.S. Department of State to ship documents to Vienna have not been used. Based on this, we believe that the request for service through diplomatic channels is still pending and that the U.S. State Department has not transmitted the case documents to Vienna for service on the Republic of Austria or on the Albertina Museum.

We will continue to provide monthly reports to the Court until all defendants in this action are served.

Respectfully submitted,


/s/ Claudia G. Jaffe