# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

May 31, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

> **Re:**   *Timothy Reif et al. v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK);
> *Timothy Reif et al. v. The Santa Barbara Museum of Art et al.,* Case no. 23 Civ. 03009 (JGK);
> *Timothy Reif et al. v. Oberlin College d/b/a/Allen Memorial Art Museum et al.,* Case no. 23 Civ. 2108 (JGK);
> *Timothy Reif et al. v. Carnegie Institute et al.,* Case no. 23 Civ. 346 (JGK);
> *Timothy Reif et al. v. The Art Institute of Chicago et al.,* Case no. 23 Civ. 2443 (JGK)

Dear Judge Koeltl,

We represent Plaintiffs in the five related actions referenced above. We write further to the Court's April 17, 2023 Order directing Plaintiffs to update the Court at the end of each month on the efforts to serve the defendants in the action *Reif et al v. Austria.*

We also write to apprise the Court of the parties' request to modify the briefing schedule for the anticipated motion(s) to dismiss the complaints in Plaintiffs' actions against the Santa Barbara Museum of Art, Oberlin College, Carnegie Institute and the Art Institute of Chicago. Plaintiffs request that their time to respond to the motion(s) to dismiss that are scheduled to be filed by June 8, 2023 be enlarged by one week. Defendants request that their time for filing reply papers also be enlarged by one week. The parties consent to the mutual enlargement of time and respectfully ask the Court to grant the modification.

## I.     Service on Defendants in *Reif et al. v. Austria et al.*

### A.  Service on the Leopold Museum Private Foundation

On May 25, 2023, Plaintiffs' counsel in Vienna advised us that the District Court in Vienna Josefstadt has completed service upon Defendant Leopold Museum Private Foundation. We are awaiting receipt of proof of service of process and understand the Federal Ministry of Justice in Vienna will be providing same to Plaintiffs' Viennese counsel.

Hon. John G. Koeltl
May 31, 2023
Page 2



B.  Service on the Republic of Austria and the Albertina Museum

As summarized in our April 28, 2023 and May 5, 2023 letters to the Court, Plaintiffs have undertaken steps to serve process on Defendant Republic of Austria and Defendant Albertina Museum through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, Judge Torres' December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court in the Southern District of New York for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria and upon Albertina Museum. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Republic of Austria and Albertina Museum. The Clerk's office forwarded the foregoing documents and shipping labels to the United States Department of State. Our check of the Federal Express website reveals that the mailing labels we provided for the U.S. Department of Sate to ship documents to Vienna have not been used. Based on this, we believe the request for service through diplomatic channels is still pending and that the U.S. State Department has not transmitted the case documents to Vienna for service on the Republic of Austria or the Albertina Museum.

We will continue to provide monthly reports to the Court until all defendants in *Reif et al. v. Austria et al.* are served.

II.  **Requests to Enlarge Time for Filing Papers On Anticipated Motion(s) To Dismiss**

Pursuant to the Court's Order dated April 17, 2023, the time for defendants to answer or move with respect to the operative complaints in Plaintiffs' actions against the Santa Barbara Museum of Art, Oberlin College, Carnegie Institute, and the Art Institute of Chicago was extended to June 8, 2023. In light of the fact that Plaintiffs expect those four defendants to file motion papers, Plaintiffs request, on consent, that their time to respond to motions to dismiss be enlarged by one week, to June 29, 2023. Defendants request, on consent, that their time to reply be enlarged by one week, to July 13, 2023. We write now to advise the Court of the parties' agreement to the enlargements and respectfully request the Court approve the modification of the briefing schedule.

Respectfully submitted,

/s/ Claudia G. Jaffe