Writing:
```
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

        Plaintiffs,

  - against -

REPUBLIC OF AUSTRIA, ET AL.,

        Defendants.

22-cv-10625 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court is in receipt of the plaintiffs' May 31, 2023 letter requesting a modification of the briefing schedule for the defendants' anticipated motions to dismiss in the actions against the Santa Barbara Museum of Art, Oberlin College, the Carnegie Institute, and the Art Institute of Chicago, which are due on June 8, 2023. The request to modify the briefing schedule is **granted**. Responses are due on **June 29, 2023,** and replies are due on **July 13, 2023.**

The Clerk is directed to enter this Order in Nos. 22-cv-10625, 23-cv-346, 23-cv-2108, 23-cv-3009, and 23-cv-2443, and to close the related letter motions dated May 31, 2023 in those cases.

SO ORDERED.

Dated:   New York, New York
       May 31, 2023

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge