```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

TIMOTHY REIF, ET AL.,

        Plaintiffs,

- against -

REPUBLIC OF AUSTRIA, ET AL.,

        Defendants.

23-cv-346 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The proposed motion to dismiss briefing structure and organization (e.g., ECF No. 42 in 23-cv-346) is **approved**.

The Clerk is directed to enter this Order in Nos. 22-cv-10625, 23-cv-346, 23-cv-2108, 23-cv-3009, and 23-cv-2443.

SO ORDERED.

Dated:    New York, New York
            June 6, 2023

                                                  John G. Koeltl
                                      United States District Judge