# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

June 30, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

> **Re:** *Timothy Reif et al. v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK);
> *Timothy Reif et al. v. The Santa Barbara Museum of Art et al.,* Case no. 23 Civ. 03009 (JGK);
> *Timothy Reif et al. v. Oberlin College d/b/a/Allen Memorial Art Museum et al.,* Case no. 23 Civ. 2108 (JGK);
> *Timothy Reif et al. v. Carnegie Institute et al.,* Case no. 23 Civ. 346 (JGK);
> *Timothy Reif et al. v. The Art Institute of Chicago et al.,* Case no. 23 Civ. 2443 (JGK)

Dear Judge Koeltl,

We represent Plaintiffs in the five related actions referenced above. We write further to the Court's April 17, 2023 Order directing Plaintiffs to update the Court at the end of each month on the efforts to serve the defendants in the action *Reif et al v. Austria.*

## I.    Service on Defendants in *Reif et al. v. Austria et al.*

### A.  Service on the Leopold Museum Private Foundation

Service upon Defendant Leopold Museum Private Foundation has been completed. Attorneys William Charron, Paul Cossu and Katherine Rohr Linn from the firm Pryor Cashman LLP have filed Notices of Appearance in the action. The Pryor Cashman firm is also representing defendants Oberlin College and Carnegie Institute in two of the related actions, 23 Civ. 2108 (JGK) and 23 Civ. 346 (JGK), respectively.

### B.  Service on the Republic of Austria and the Albertina Museum

As summarized in our April 28, 2023 and May 5, 2023 letters to the Court, Plaintiffs have undertaken steps to serve process on Defendant Republic of Austria and Defendant Albertina Museum through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, Judge Torres' December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court in the

Hon. John G. Koeltl
June 30, 2023
Page 2



Southern District of New York for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria and upon Albertina Museum. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Republic of Austria and Albertina Museum. The Clerk's office forwarded the foregoing documents and shipping labels to the United States Department of State.

Our check of the Federal Express website today reveals that the mailing label we provided for the US. Department of State to ship documents to the Republic of Austria has been used and the documents are currently in transit. We believe service on the Republic of Austria is still pending. Our check of the Federal Express website reveals that the mailing label we provided for the US. Department of State to ship documents to the Albertina Museum has not been used. Based on this, we believe the request for service through diplomatic channels is still pending and that the U.S. State Department has not transmitted the case documents to Vienna for service on the Albertina Museum.

We will continue to provide monthly reports to the Court until all defendants in *Reif et al. v. Austria et al.* are served.

Respectfully submitted,

/s/ Claudia G. Jaffe