# EXHIBIT A

United States Department of State

Washington, D.C. 20520

July 14, 2023

BY EMAIL ONLY
CJaffe@dunnington.com

Claudia G. Jaffe
Dunnington Bartholow & Miller LLP
230 Park Avenue, 21st Floor
New York, New York 10169

**Re: *Timothy Reif, et al. v. Republic of Austria, et al.*, 1:22-cv-10625-AT**

Dear Ms. Jaffee,

I am writing in response to your March 31, 2023 request to the U.S. District Court for the Southern District of New York for service of process upon the Albertina Museum pursuant to 28 U.S.C. §1608, specifically pursuant to the provisions of 28 U.S.C. §1608(a)(4), in the above referenced lawsuit. At this time the Department is unable to proceed for the reasons described below.

The Foreign Sovereign Immunities Act of 1976 (FSIA) (Pub. L. 94-583; 90 Stat. 2891) provides distinct methods of service on a foreign state or political subdivision of a foreign state, 28 U.S.C. §1608(a), or service on an agency or instrumentality of a foreign state, 28 U.S.C. §1608(b). While the request letter asks for service on the Albertina Museum through diplomatic channels pursuant to the provisions of 28 U.S.C. §1608(a)(4), the accompanying complaint characterizes this defendant, not as the foreign state or political subdivision of the foreign state, but rather, as an agency or instrumentality. *See* ECF No. 1, pgs. 1 & 11. Because this defendant is characterized as an "agency and instrumentality" of the Republic of Austria, service of process upon these defendants must be effected pursuant to 28 U.S.C. §1608(b).[1] The Department of State may transmit letters rogatory to the Republic of Austria through diplomatic channels pursuant to 28 U.S.C. 1608(b)(3)(A) for service on an

[1] Austria made a reservation under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters that the Convention shall not apply to the service of documents addressed to the Republic of Austria, including its political subdivisions, public officials and persons acting on its behalf. In these cases, service may not be effected under the Convention. These requests for service must be made pursuant to letters rogatory transmitted via diplomatic channels. *See* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Austria.html

agency or instrumentality; however, the Department of State would need to receive the relevant letters rogatory issued by the court and an accompanying cover letter setting forth the request. For more information, please see the following Department webpages:

Preparation of Letters Rogatory: https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html
FSIA FAQs: https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

The Department has also received a request for service of process upon the Republic of Austria through diplomatic channels pursuant to 28 U.S.C. §1608(a)(4). If the Department has any questions or there are any issues with the request for service on the Republic of Austria that require your attention, the Department will contact you. Should you have any questions or require a status update at any time, please contact FSIA-LR@state.gov.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC