# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21st Floor  |  New York, NY 10169  |  Telephone: 212.682.8811  |  www.dunnington.com  |  CJaffe@dunnington.com

July 31, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

> **Re:**  *Timothy Reif et al. v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK);
> *Timothy Reif et al. v. The Santa Barbara Museum of Art et al.,* Case no. 23 Civ. 03009 (JGK);
> *Timothy Reif et al. v. Oberlin College d/b/a/Allen Memorial Art Museum et al.,* Case no. 23 Civ. 2108 (JGK);
> *Timothy Reif et al. v. Carnegie Institute et al.,* Case no. 23 Civ. 346 (JGK);
> *Timothy Reif et al. v. The Art Institute of Chicago et al.,* Case no. 23 Civ. 2443 (JGK)

Dear Judge Koeltl,

We represent Plaintiffs in the five related actions referenced above. We write further to the Court's April 17, 2023 Order directing Plaintiffs to update the Court at the end of each month on the efforts to serve the defendants in the action *Reif et al v. Republic of Austria et al.*

## I.      Service on Defendants in *Reif et al. v. Austria et al.*

### A. Service on the Leopold Museum Private Foundation

Service upon Defendant Leopold Museum Private Foundation has been completed. Attorneys William Charron, Paul Cossu and Katherine Rohr Linn from the firm Pryor Cashman LLP have filed Notices of Appearance in the action. The Pryor Cashman firm is also representing defendants Oberlin College and Carnegie Institute in two of the related actions, 23 Civ. 2108 (JGK) and 23 Civ. 346 (JGK), respectively.

### B. Service on the Republic of Austria

As summarized in our April 28, 2023, May 5, 2023 and June 30, 2023 letters to the Court, Plaintiffs have undertaken steps to serve process on Defendant Republic of Austria through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, Judge Torres' December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court in the Southern District of New York

Hon. John G. Koeltl
July 31, 2023
Page 2



for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria and upon Albertina Museum. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Republic of Austria and Albertina Museum. The Clerk's office forwarded the foregoing documents and shipping labels to the United States Department of State.

Our check of the Federal Express website today reveals that the mailing label we provided for the US. Department of State to ship documents to the Republic of Austria has been used and the documents are currently in transit. We believe service on the Republic of Austria is still pending. We have written to the U.S. Department of State for an update on service.

**C. Service on the Albertina Museum**

As summarized in our April 28, 2023, May 5, 2023 and June 30, 2023 letters to the Court, Plaintiffs have undertaken steps to serve process on Defendant Albertina Museum through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4). We sent the requisite copies and translations of the Summons, Complaint with exhibits, Notice of Suit, Judge Torres' December 19, 2022 Order, the Foreign Sovereign Immunities Act, and translator's declaration certifying the accuracy of all translated documents to the Clerk of the Court in the Southern District of New York for forwarding to the United States Department of State, Office of Policy and Interagency Liaison, for service upon the Republic of Austria and upon Albertina Museum. We also provided Federal Express shipping labels for the State Department to transmit the case documents to the Albertina Museum. The Clerk's office forwarded the foregoing documents and shipping labels to the United States Department of State.

On July 17, 2023, the U.S. State Department advised that rather than seeking service under 28 U.S.C. 1608(a)(4), service on the Albertina Museum should be effected under 28 U.S.C. 1608(b)(3)(A), which would require Plaintiffs to obtain a letter rogatory from the Court. On July 18, 2023, at ECF 46-48, Plaintiffs filed a motion to this Court for the issuance of a letter rogatory in order to effect service of process on the Albertina Museum. That motion is pending and no date has been set for the submission of any opposition. Today we checked the Federal Express website again and learned that over the last few days, the mailing label we provided for the U.S. Department of State to ship documents to the Albertina Museum has been used. Today we wrote to the U.S. State Department to ascertain if service on the Albertina Museum is in process now, or whether we still will need to obtain the letter rogatory previously requested from the Court. We are awaiting a reply to our inquiry. Based on the information available to us, we believe the request for service on the Albertina Museum through diplomatic channels is still pending

We will continue to provide monthly reports to the Court until all defendants in *Reif et al. v. Austria et al.* are served.

Respectfully submitted,

/s/ Claudia G. Jaffe