UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRÜNBAUM and MILOS VAVRA, <br><br> Plaintiffs, <br><br> – against – <br><br> REPUBLIC OF AUSTRIA, a foreign state, and the ALBERTINA MUSEUM, an agency of the REPUBLIC OF AUSTRIA, and LEOPOLD MUSEUM PRIVATE FOUNDATION, a foundation owned and controlled by the REPUBLIC OF AUSTRIA, <br> *Defendants.* | Case No. 1:22-cv-10625 [rel. 23-cv-02108; 23-cv-02443; 23-cv-03009; 23-cv-00346] <br><br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER VIDULICH, being duly sworn, deposes and says:

1.     I am over the age of eighteen, not a party to this action, and employed at

Dunnington Bartholow & Miller LLP.

2.     On August 2, 2023, I caused to send via Federal Express and First Class Mail the

following documents:

> 1. Notice of Motion, dated July 18, 2023 (Doc. 45);
> 2. Affirmation of Claudia G. Jaffe in Support of Issuance of a Letter Requesting International Judicial Assistance, dated July 18, 2023 (Doc. 46);
> 3. Jaffe Ex. A: July 14, 2023 letter from United States Department of State to Claudia G. Jaffe (Doc. 46-1);
> 4. Jaffe Ex. B: Letter of Request for International Judicial Assistance (undated, but filed July 18, 2023) (Doc. 46-2); and
> 5. Proposed Order For Issuance of A Letter Requesting International Judicial Assistance (undated, but filed July 18, 2023) (Doc. 47)
> 6. Order dated August 1, 2023 of the Honorable John G. Koeltl (Doc. 56)

to:

Klaus Albrecht Schroeder
General Director
Albertina Museum
AlbertinaPlatz 1
1010 Vienna
Austria

pursuant to the Order dated August 1, 2023 of the Honorable John G. Koeltl.

CHRISTOPHER VIDULICH

SWORN TO ME THIS 3 rd
DAY OF AUGUST 2023

NOTARY PUBLIC

Sandra Bermudez
Notary Public, State of New York
No. 01BE6071341, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 18, 20 26