UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,
                Plaintiffs,

    - against -                      22-cv-10625 (JGK)

REPUBLIC OF AUSTRIA, ET AL.,        ORDER
                Defendants.

---

JOHN G. KOELTL, District Judge:

    Defendant Leopold Museum Private Foundation ("Leopold") is directed to submit courtesy copies of all papers filed in connection with Leopold's motion to dismiss (ECF No. 36) and the plaintiffs' cross-motion for summary judgment (ECF No. 40).

SO ORDERED.

Dated:    New York, New York
           August ___, 2023

                                              John G. Koeltl
                                       United States District Judge