PRYOR CASHMAN LLP
New York | Los Angeles | Miami
7 Times Square, New York, NY 10036-6569 Tel: 212-421-4100 Fax: 212-326-0806 pryorcashman.com

**William Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
WCharron@PRYORCASHMAN.com

August 18, 2023

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

**Re: Reif et al v. Republic of Austria et al; No. 1:22-cv-10625-JGK**

Dear Judge Koeltl:

We are counsel to named co-defendants Albertina Museum ("Albertina") and the Republic of Austria (the "Republic") in the above-referenced action. We respectfully write in response to the Court's Order dated August 2, 2023, inviting Albertina to respond to Plaintiffs' motion for the issuance of a letter rogatory to effect service of process on the museum. (ECF No. 59.) Neither Albertina nor the Republic intends by this letter to appear or waive any defenses whatsoever, including but not limited to improper service, lack of subject matter jurisdiction and/or personal jurisdiction; Albertina simply wishes to be responsive to the Court's invitation.

As indicated in Plaintiffs' motion requesting the issuance of a letter rogatory, Albertina requires formal service of process to occur through proper diplomatic channels. Albertina does not intend to appear in this action to oppose Plaintiffs' motion. If service of process is made upon Albertina, we anticipate appearing on its behalf in this action after that time.

We also note our understanding that today, August 18, 2023, the Republic received papers in this case through the U.S. State Department. We intend to appear for the Republic at the appropriate time as well. Our plan is to confer with Plaintiffs' counsel and coordinate a combined response for the Republic and Albertina following Albertina's anticipated receipt of papers formally.

PRYOR CASHMAN LLP



We thank the Court for its consideration.

Respectfully submitted,

William L. Charron

cc: All counsel of record (via ECF)