# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21ˢᵗ Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

August 30, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

> **Re:**  *Timothy Reif et al. v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK);
> *Timothy Reif et al. v. Oberlin College d/b/a/Allen Memorial Art Museum et al.,* Case no. 23 Civ. 2108 (JGK);
> *Timothy Reif et al. v. Carnegie Institute et al.,* Case no. 23 Civ. 346 (JGK);
> *Timothy Reif et al. v. The Art Institute of Chicago et al.,* Case no. 23 Civ. 2443 (JGK)

Dear Judge Koeltl,

We represent Plaintiffs in the four related actions referenced above.[1] We write further to the Court's April 17, 2023 Order directing Plaintiffs to update the Court at the end of each month on the efforts to serve the defendants in the action *Reif et al v. Austria.*

## I.    Service on Defendants in *Reif et al. v. Austria et al.*

### A. Service on the Leopold Museum Private Foundation

Service upon Defendant Leopold Museum Private Foundation has been completed. Attorneys William Charron, Paul Cossu and Katherine Rohr Linn from the firm Pryor Cashman LLP have filed Notices of Appearance in the action.

### B. Service on the Republic of Austria

As summarized in our April 28, May 5, June 30, and July 31, 2023 letters to the Court, Plaintiffs have undertaken steps to serve process on Defendant Republic of Austria through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4).  Attorney William Charron advised the Court that the Pryor Cashman firm was representing the Republic of Austria in the action and

---

[1] A fifth related action, *Timothy Reif et al. v. The Santa Barbara Museum of Art et al.,* Case no. 23 Civ. 03009 (JGK), was voluntarily dismissed without prejudice on August 1, 2023.  The action was subsequently closed by the Court's Order dated August 10, 2023.

Hon. John G. Koeltl
August 30, 2023
Page 2



that the Republic of Austria had "received papers in this case through the U.S. State Department" on August 18, 2023. [*Reif v. Austria,* ECF 64].  The U.S. State Department has advised that a certified copy of a diplomatic note of transmittal will be sent to Washington and then forwarded to the Clerk's Office in the Southern District New York, where the date of transmittal will be noted.

### C. Service on the Albertina Museum

As summarized in our April 28, May 5, June 30 and July 31, 2023 letters to the Court, Plaintiffs have undertaken steps to serve process on Defendant Albertina Museum through diplomatic channels pursuant to 28 U.S.C Section 1608(a)(4).  On July 17, 2023, the U.S. State Department advised that service on the Albertina Museum should be effected under 28 U.S.C. 1608(b)(3)(A), which would require Plaintiffs to obtain a letter rogatory from the Court.  On July 18, 2023, Plaintiffs filed a motion to this Court for the issuance of a letter rogatory.

In accordance with the Court's August 1, 2023 Order that granted the Albertina Museum until August 22, 2023 to oppose the motion for issuance of a letter rogatory, Plaintiffs mailed a copy of that Order and papers filed on the motion to the Albertina Museum on August 2, 2023.  Attorney Charron's August 31, 2023 letter to the Court advised that the Pryor Cashman firm will be representing the Albertina Museum when that defendant is served.  The deadline for the Albertina to respond to the motion for the issuance of a letter rogatory passed and no opposition was filed.  This afternoon we received notice that the Court has granted Plaintiffs' motion for the issuance of a letter rogatory that can be provided to the U.S. Department of State in order that service upon the Albertina Museum may be effected.  We appreciate the Court granting that motion.  Once we are notified that the sealed letter rogatory is ready for pick up, we will retrieve it from the Court's staff and provide it to the United States Department of State so that service under 28 U.S.C. 1608(b)(3)(A) can proceed.

We will continue to provide monthly reports to the Court until all defendants in *Reif et al. v. Austria et al.* are served.

Respectfully submitted,

/s/ Claudia G. Jaffe