

**United States Department of State**

*Washington, D.C.   20520*

September 12, 2023

Ruby J. Krajick
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

### *Timothy Reif et al., v. Republic of Austria,* **1:22-cv-10625 (AT)**

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, Notice of Suit, and Scheduling Order to the Republic of Austria pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The U.S. Embassy Vienna, Austria transmitted these documents to the Ministry of Foreign Affairs of the Republic of Austria under cover of diplomatic note No. 23-23201, dated and delivered on August 18, 2023. A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Michael McPherson
Paralegal
Office of the Legal Adviser
L/CA/POG/GC

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:    Claudia G. Jaffe
       Dunnington Bartholow & Miller LLP
       230 Park Avenue, 21st Floor
       New York, New York 10169

I, Robert Pickett, Consul in Vienna, Austria certify that this is a true copy of the Embassy of the

United States of America, diplomatic note number 23-23201 dated 18 August 2023, and

delivered to the Ministry of Foreign Affairs of the Austria on 18 August 2023.

Robert Pickett

Consul

[Seal]
[Date]

Aug 18, 2023

No. 23-23201

The Embassy of the United States of America refers the Ministry of Foreign Affairs of the Republic of Austria to the lawsuit *Timothy Reif et al., v. Republic of Austria*, **1:22-cv-10625 (AT)**, which is pending in the U.S. District Court for the Southern District of New York. The Republic of Austria is a defendant in this case. The Embassy transmits a Summons and Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Republic of Austria as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Republic of Austria with a view towards taking whatever steps are necessary to avoid a default judgment.

**DIPLOMATIC NOTE**

In addition to the Summons and Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States, and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Embassy of the United States of America
    Vienna, August 18, 2023



Attachments:

1. Summons, Complaint, Notice of Suit, and Scheduling Order
2. Translations