# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21st Floor  |  New York, NY 10169  |  Telephone: 212.682.8811 |  www.dunnington.com  |  CJaffe@dunnington.com

September 26, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

> **Re:**  *Reif et al. v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK);
> *Reif et al. v. Oberlin College d/b/a/Allen Memorial Art Museum et al.,* Case no.
> 23 Civ.-2108;  *Reif et al. v. The Art Institute of Chicago et al.,* Case no. 23 Civ.
> 2443 (JGK); *Reif v. Carnegie Institute,* Case No. 23-cv-00346 (JGK)_____

Dear Judge Koeltl,

We represent Plaintiffs Timothy Reif, Leon Fraenkel and Milos Vavra -- the heirs of Fritz Grünbaum -- in the four related actions referenced above which seek to recover artworks that the Nazi regime stole from Grünbaum before killing him at Dachau Concentration Camp.[1]  We write (i) to provide an update on efforts to serve the defendants in the action *Reif et al v. Austria* and to report on developments concerning service on defendant Albertina Museum.  The Leopold Museum has appeared and moved to dismiss: that motion is currently pending before the Court.

### 1.  Service on the Republic of Austria

The Grünbaum Heirs completed service on the Republic of Austria on August 18, 2023. Pryor Cashman LLP appeared on Austria's behalf, with attorney William Charron acknowledging that Austria "received papers" from the US State Department on August 18.

On September 18, 2023 the State Department advised us that the United States Embassy in Vienna transmitted the Summons, Complaint, Notice of Suit and other documents to the Austrian Ministry of Foreign Affairs in accordance with 28 U.S.C. § 1608(a)(4) under cover of diplomatic note No. 23-23201 on August 18, 2023.  We filed proof of service of process on September 18, 2023. ECF 67.  Per the FSIA, service on Austria was complete on August 18, 2023, the date the diplomatic note was transmitted and Austria's response is due 60 days from service. 28 U.S.C. §§ 1608(c)(1), 1608(d).

---

[1] A fifth related action, *Timothy Reif et al. v. The Santa Barbara Museum of Art et al.,* Case no. 23 Civ. 03009 (JGK), was voluntarily dismissed without prejudice on August 1, 2023.

Hon. John G. Koeltl
September 22, 2023
Page 2



Without conferring with Plaintiffs' counsel, in an August 18, 2023 letter Mr. Charron announced his intent to "coordinate a combined response for the Republic and Albertina following the Albertina's anticipated receipt of papers formally." ECF 64.

**2. Service on the Albertina**

On August 30, 2023, the Court entered an Order granting Plaintiffs' motion for letters rogatory to assist in effecting service of process on the Albertina. We collected the letters rogatory from the Court for transmittal to the United States Department of State for service of process under the FSIA, 28 U.S.C. § 1608(b)(3)(A).

On September 18, 2032 Attorney Adviser Jared Hess of the U.S. State Department wrote:

Our office has received the documents, and the package is going through the normal review for service requests. Provided there are no issues that need to be addressed, the next step is the Department will dispatch the documents to our Embassy in the foreign state, who then transmits the letters rogatory to the relevant Ministry of Foreign Affairs. Once that occurs, then the foreign state will typically take any appropriate action and respond to the request; if executed by the competent authorities in that state, the MFA will notify the Embassy of the execution. The timing of the foreign state authorities' action to execute and/or respond to the request is hard to predict. As we note on our the [sic] Department's webpage on preparation of letters rogatory, "[e]xecution of letters rogatory may take a year or more." I say that not to confirm we expect it will take a year or longer, but only to note that it can be a lengthy process. Some states may respond much more quickly than others, but I don't have experience with Austria to offer a prediction with any reasonable degree of confidence. However, you are welcome to check with our office periodically should you require a status update.

Respectfully submitted,

/s/ Claudia G. Jaffe