UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TIMOTHY REIF, ET AL.,                            22-cv-10625 (JGK)

                 Plaintiffs,          ORDER

      - against -

REPUBLIC OF AUSTRIA, ET AL.,

                Defendants.
_____

JOHN G. KOELTL, District Judge:

    This case is stayed in light of the Court's Order on **October 7, 2023,** allowing six months for service of process on the Albertina Museum. ECF No. 72.

SO ORDERED.

Dated:    New York, New York
          October 16, 2023

                                 John G. Koeltl
                    United States District Judge