## Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA    )
CITY OF VIENNA    )
EMBASSY OF THE    )   ss:
UNITED STATES OF AMERICA )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

May 2, 2024

**Federal Ministry of
Foreign Affairs
of the Republic of Austria**

Jordana Cox
Consular Chief
United States of America

May 2, 2024

≡ **Bundesministerium**
Europäische und internationale
Angelegenheiten

bmeia.gv.at

Abteilung IV.4
Minoritenplatz 8, 1010 Wien

**abtiv4@bmeia.gv.at**

Geschäftszahl: 2024-0.317.249

## Verbalnote

Das Bundesministerium für europäische und internationale Angelegenheiten entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, mit Bezug auf die Verbalnote Nr. 23-23296 vom 21. Dezember 2023 betreffend das Rechtshilfeersuchen (Zustellersuchen) in der Rechtssache Timothy REIF et al., v. Republic of Austria, 1:22-cv-10625 (AT) mitzuteilen, dass die gegenständlichen Dokumente seitens des Bundesministeriums für europäische und internationale Angelegenheiten am 24. April 2024 an die ALBERTINA überbracht wurden.

Die unterfertigte Übernahmebestätigung wird in der Beilage und gesondert per Boten übermittelt. Somit ist der innerstaatliche Zustellvorgang als abgeschlossen zu erachten.

Das Bundesministerium für europäische und internationale Angelegenheiten benützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

Wien, am 24. April 2024

An die
Botschaft der Vereinigten Staaten von Amerika
W i e n

*Translated with DeepL.com (free version)*

*Department IV.4 Minoritenplatz 8, 1010 Vienna*

*abtiv4@bmeia.gv.at*
*Reference number: 2024-0.317.249*

*Note verbale*

*The Federal Ministry for European and International Affairs presents its compliments to the Embassy of the United States of America and, with reference to Note Verbale No. 23-23296 of 21 December 2023 concerning the request for legal assistance (request for service) in the case Timothy REIF et al., v. Republic of Austria, 1:22-cv-10625 (AT), has the honor to inform you that the documents in question were delivered to the ALBERTINA by the Federal Ministry for European and International Affairs on 24 April 2024.*

*The signed confirmation of receipt ("Übernahmebestätigung") is enclosed and sent separately by courier. The domestic delivery process is therefore considered to be complete.*

*The Federal Ministry for European and International Affairs avails itself of this opportunity to renew to the Embassy of the United States of America the assurance of its highest consideration.*

*Vienna, April 24, 2024*

≡ **Bundesministerium**
Europäische und internationale
Angelegenheiten

Abt. IV.4 - Rechtsschutz; Rechts- und Amtshilfe;
    allgemeine Rechtsangelegenheiten

Geschäftszahl: 2024-0.306.893

# Übernahmebestätigung

Die Schriftstücke in der US-Zivilrechtssache

Timothy REIF, David FRAENKEL (Erben Fritz GRÜNBAUM) und Milos VAVRA gegen die
Republik Österreich, die ALBERTINA und die LEOPOLD Museum-Privatstiftung des US District
Court for the Southern District of New York, GZ. 1:22-cv-10625 (AT),

englische Dokumente:
- Verbalnote der US Botschaft vom 21.12.2023 (No. 23-23296)
- Letter of Request for International Judicial Assistance vom 31.08.2023 (Case No. 1:22-cv-10625) von US District Court for the Southern District of NY an das BMJ, Ersuchen um Zustellung an Albertina (Original)
- Declaration of Tanja Boukal (Übersetzerin) vom 22.09.2023
- Summons in a Civil Action vom 28.03.2023 an Albertina
- Notice of Suit vom 27.03.2023 + Rechtsgrundlagen
- Initial Pretrial Scheduling Order vom 19.12.2022
- Declaration of Herbert Gruber (Übersetzer) vom 28.03.2023
- Verified Complaint vom 15.12.2022 + Exhibit A – Exhibit O

in deutscher Übersetzung:
- Ersuchensschreiben für internationale juristische Unterstützung (= Zustellersuchen) vom 31.08.2023 (Kopie)
- Erklärung von Tanja Boukal (Übersetzerin) vom 22.09.2023
- Vorladung in einer Zivilklage vom 28.03.2023
- Bekanntmachung der Klage vom 27.03.2023
- Rechtsgrundlagen
- Erste Terminfestlegung im Vorverfahren vom 19.12.2022
- Erklärung von Herbert Gruber (Übersetzer) vom 28.03.2023
- Geprüfte Beschwerde vom 15.12.2022 + Exhibit A – Exhibit O

wurden an die Empfängerin

ALBERTINA Museum
Albertinaplatz 1
1010  W i e n

MAG. RENATE LANDSTETTER WIRTSCHAFTL. GESCHÄFTS
FÜHRUNG

Name und Funktion der übernehmenden Person (BLOCKBUCHSTABEN)

ohne Zwang persönlich überreicht.

Für die Zustellung sind keine Kosten angefallen.

Wien, am 24. 4. 24

ALBERTINA
Albertinaplatz 1
A-1010 Wien
············Wissenschaftliche Anstalt··········
öffentlichen Rechts
Stempel - Unterschrift
UID ATU16287202

*Translated with DeepL.com (free version)*

*Confirmation of acceptance*

*The documents in the US civil rights case*

*Timothy REIF, David FRAENKEL (heirs of Fritz GRUNBAUM) and Milos VAVRA against the Republic of Austria, the ALBERTINA and the LEOPOLD Museum-Privatstiftung of the US District Court for the Southern District of New York, GZ. 1:22-cv-10625 (AT),*

*English documents:*

*- Note Verbale of the US Embassy dated 21.12.2023 (No. 23-23296)*

*Letter of Request for International Judicial Assistance dated 31.08.2023 (Case No. 1:22-cv-10625) from US District Court for the Southern District of NY to the BMJ, request for service on Albertina (original)*

*Declaration of Tanja Boukal (translator) dated 22.09.2023*

*- Summons in a Civil Action dated 03/28/2023 to Albertina Notice of Suit dated 03/27/2023 + Legal Bases Initial Pretrial Scheduling Order dated 12/19/2022*

*- Declaration of Herbert Gruber (translator) dated 28.03.2023*

*- Verified Complaint dated 15.12.2022 + Exhibit A- Exhibit O*

*in German translation:*

*Letter of request for international legal assistance (= request for service) dated 31.08.2023 (copy)*

*Declaration by Tanja Boukal (translator) dated 22.09.2023*

*- Summons in a civil action dated 28.03.2023*

*- Notice of the lawsuit dated 27.03.2023*

*- Legal basis*

*- First date set in the preliminary proceedings of 19.12.2022*

*- Declaration by Herbert Gruber (translator) dated 28/03/2023*

*- Verified complaint dated 15.12.2022 + Exhibit A - Exhibit O*

*were sent to the recipient*

*ALBERTINA Museum Albertinaplatz 1, 1010 Vienna*

*handed over personally without obligation. No costs were incurred for delivery.*