DUNNINGTON
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

May 30, 2024

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

**Re:** *Reif et al. v. Republic of Austria et al.*, Case no. 22 Civ. 10625 (JGK)

Dear Judge Koeltl,

We represent Plaintiffs Timothy Reif, David Fraenkel and Milos Vavra. We write to update the Court regarding the status of service on the defendants in *Reif et al. v. Republic of Austria, et al.*

As we advised the Court in prior letters, the Leopold Museum and the Republic of Austria were served previously and service of process on the defendant Albertina Museum was requested through diplomatic channels, pursuant to 28 U.S.C. Section 1608(a)(4).

The United States Department of State recently forwarded to us confirmation that service of process was effected on the Albertina Museum in Vienna, Austria on April 24, 2024. Attached please find (i) a Certification of an Executed Letter Rogatory, dated May 2, 2024, executed by the Federal Ministry of Foreign Affairs of the Republic of Austria, and (ii) a Note Verbale, dated April 24, 2024, advising that the Summons, Complaint and other documents were delivered to the Albertina Museum and that the domestic delivery process was considered to be complete. Consequently, service of process upon each of the defendants has been effectuated.

Respectfully submitted,

/s/ Claudia G. Jaffe

Encl.