```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

TIMOTHY REIF, ET AL.,                         22-cv-10625 (JGK)

           Plaintiffs,                 ORDER

    - against -

REPUBLIC OF AUSTRIA, ET AL.,

           Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The telephone conference scheduled for September 5, 2024, is **adjourned** to **Tuesday, September 10, 2024,** at **11:30 a.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:   New York, New York
         August 29, 2024

                                        /s/ John G. Koeltl
                                             John G. Koeltl
                                   United States District Judge