UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF, ET AL.,

                Plaintiffs,

- against -

REPUBLIC OF AUSTRIA, ET AL.,

                Defendants.

22-cv-10625 (JGK)

[related case nos.
23-cv-2108;
23-cv-2443]

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are granted leave to file a second amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

    The parties are directed to provide the Court with a proposed schedule by Friday, **September 13, 2024**.

    The current motion to dismiss the first amended complaint (ECF No. 88) is denied without prejudice to renew.

    The Clerk is respectfully directed to close ECF Nos. 40, 54, 88, and 93.

SO ORDERED.

Dated:    New York, New York
            September 10, 2024

                                                  John G. Koeltl
                                    United States District Judge