```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

TIMOTHY REIF, ET AL.,

        Plaintiffs,

- against -

REPUBLIC OF AUSTRIA, ET AL.,

        Defendants.

------------------------------------------------

22-cv-10625 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Any opposition to the Motion to Withdraw dated April 22, 2025, ECF No. 134, should be filed by **April 30, 2025**. Any reply should be filed by **May 5, 2025**.

SO ORDERED.

Dated:   New York, New York
         April 23, 2025

                                /s/ John G. Koeltl
                                John G. Koeltl
                              United States District Judge