UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

        Plaintiffs,

- against -

REPUBLIC OF AUSTRIA, ET AL.,

        Defendants.

22-cv-10625 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Any opposition to the cross-motion filed by Dunnington Bartholow & Miller, LLP, ECF No. 138, should be filed by **May 15, 2025**. Any reply should be filed by **May 26, 2025**.

SO ORDERED.

Dated:    New York, New York
           May 1, 2025

                                        John G. Koeltl
                                  United States District Judge