```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————
TIMOTHY REIF, ET AL.,                          22-cv-10625 (JGK)

              Plaintiffs,                      ORDER

    - against -

REPUBLIC OF AUSTRIA, ET AL.,

              Defendants.
———————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to withdraw appearances (ECF No. 134).

**SO ORDERED.**

Dated:   New York, New York
         May 16, 2025

                                     /s/ John G. Koeltl
                                      **John G. Koeltl**
                              **United States District Judge**