UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

        Plaintiffs,

- against -

REPUBLIC OF AUSTRIA, ET AL.,

        Defendants.

---

22-cv-10625 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to amend the complaint (ECF No. 138).

SO ORDERED.

Dated:    New York, New York
           May 28, 2025

                                        John G. Koeltl
                                  United States District Judge