

# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | CJaffe@dunnington.com

March 26, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

   **Re:** *Reif et al. v. Republic of Austria et al.,* Case no. 22 Civ. 10625 (JGK)

Dear Judge Koeltl,

  We are counsel of record for Plaintiffs. We respond to Kelley Drye & Warren, LLP's March 20, 2026 filing of two letters concerning recent legislative developments and decisions rendered by the United States Supreme Court [Docs. 159, 161].

  Attorney Elizabeth Krasnow's March 20, 2026 letter [Doc. 159] on behalf of her clients concerns Senate Bill S.1884, the Holocaust Expropriated Art Recovery Act of 2025 (the "HEAR Act of 2025"), officially titled a bill "to clarify the Holocaust Expropriated Art Recovery Act of 2016, to appropriately limit the application of defenses based on the passage of time and other non-merits defenses to claims under that Act." The HEAR Act of 2025 was passed by the Senate and House of Representatives and is slated to be presented for signature by the President.

  We agree with Ms. Krasnow's suggestion that the HEAR Act of 2025 is likely to be dispositive of defenses raised by Defendant Republic of Austria. In light of this, we respectfully request the opportunity to brief the issue on behalf of Plaintiffs pursuant to a formal briefing schedule ordered by the Court in the event the legislation becomes law.

           Respectfully submitted,

           /s/ Claudia G. Jaffe