# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue, 21st Floor  |  New York, NY 10169  |  Telephone: 212.682.8811  |  www.dunnington.com  |  RDowd@dunnington.com

April 14, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

      **Re:**    *Reif et al. v. Republic of Austria et al.,* No. 22-cv-10625 (JGK)

Dear Judge Koeltl,

We are counsel of record for Plaintiffs. We write further to our letter dated March 26, 2026 to update the Court on recent legal developments affecting Defendants' pending motion to dismiss (which was fully briefed on January 27, 2025).

On April 13, 2026, Senate Bill S.1884, the Holocaust Expropriated Art Recovery Act of 2025 (titled a bill "to clarify the Holocaust Expropriated Art Recovery Act of 2016, to appropriately limit the application of defenses based on the passage of time and other non-merits defenses to claims under that Act") (the "HEAR Act of 2025"), was signed into law. https://www.whitehouse.gov/briefings-statements/2026/04/congressional-bills-s-1884-and-s-3971-signed-into-law/. We submit that the HEAR Act of 2025 is dispositive of all of the defenses raised by Defendant Republic of Austria in the pending motion to dismiss.

Additionally, the U.S. and Austria are signatories to the Best Practices for the Washington Conference Principles on Nazi-Confiscated Art (the "Best Practices"). https://www.state.gov/office-of-the-special-envoy-for-holocaust-issues/best-practices-for-the-washington-conference-principles-on-nazi-confiscated-art. The Best Practices provide helpful guidance for interpreting and implementing remedies pursuant to the HEAR Act of 2025.

In light of the foregoing, we respectfully request that the Court set a formal briefing schedule to permit the parties to brief these recent legal developments.

      Respectfully submitted,

      /s/ Raymond J. Dowd