UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TIMOTHY REIF, ET AL.,

                    Plaintiffs,            22-cv-10625 (JGK)

        - against -                        ORDER

REPUBLIC OF AUSTRIA, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, Dunnington Bartholomew Miller LLP ("Dunnington") will provide a submission on the state-court action by **Monday, May 18, 2026**. The submission should address the complaint in that action, as well as the current status of that case. Dunnington should attach the complaint, the briefing on the pre-answer motion to dismiss, and the amended complaint to its submission. Kelley Drye & Warren ("Kelley Drye") will respond by **Friday, May 22, 2026**.

Dunnington will provide an additional submission on the ethical issues discussed at today's conference by **Monday, May 18, 2026**. Kelley Drye will respond by **Friday, May 22, 2026**.

The parties should submit letter briefs of five or fewer pages in length. The letter briefs (including any footnotes) should be double-spaced.

The Court will hold the pending motion to dismiss (ECF No. 103) in abeyance pending the resolution of Kelley Drye's motion to withdraw Dunnington as counsel (ECF No. 134) and Dunnington's cross-motion to amend the complaint (ECF No. 138).

SO ORDERED.

Dated:   New York, New York
         May 12, 2026

_____
John G. Koeltl
United States District Judge