UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

                Plaintiffs,

    - against -

REPUBLIC OF AUSTRIA, ET AL.,

                Defendants.

---

22-cv-10625 (JGK)

Order

**John G. Koeltl, District Judge:**

On October 16, 2023, the Court stayed this action to allow for service of process on the Albertina Museum. <u>See</u> ECF Nos. 72, 74. Service was effected on the Albertina Museum on April 24, 2024. <u>See</u> ECF No. 85. The stay in this case is therefore lifted.

SO ORDERED.

Dated:    New York, New York
            May 13, 2026

                              John G. Koeltl
                      United States District Judge