ECFUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

TIMOTHY REIF, ET AL.,

                Plaintiffs,

    - against -

REPUBLIC OF AUSTRIA, ET AL.,

                Defendants.

———————————————————————

22-cv-10625 (JGK)

Order

**John G. Koeltl, District Judge:**

For the reasons stated on the record at the conference held on May 12, 2026, the defendants' motion to dismiss the second amended complaint (ECF No. 103) and the plaintiff's cross-motion for jurisdictional discovery (ECF No. 118) are **denied without prejudice**. The plaintiffs' request for oral argument (ECF No. 131) is **denied as moot**.

By **Tuesday, May 26, 2026**, the parties should submit a proposed briefing schedule for renewed motions, along with proposals for word limits for briefs in support of those motions.

The Clerk is respectfully requested to close ECF Nos. 103, 118, and 131.

SO ORDERED.

Dated:    New York, New York
           May 18, 2026

                                   John G. Koeltl
                      United States District Judge