

PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

pryorcashman.com

**William Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
WCharron@PRYORCASHMAN.com

May 26, 2026

**VIA ECF**

Hon. John G. Koeltl, U.S.D.J.
U.S. District Court, S.D.N.Y.
500 Pearl Street, Courtroom 14A
New York, New York  10007-1312

> Re:   *Reif v. Republic of Austria*; No. 1:22-cv-10625-JGK

Dear Judge Koeltl:

We represent defendants Republic of Austria, the Albertina Museum and Leopold Museum-Privatsiftung (collectively, "Defendants") in the above-referenced action.  We respectfully submit this letter further to the Court's Order dated May 18, 2026 (ECF No. 176) directing the parties to propose a new motion to dismiss and cross-motion for jurisdictional discovery briefing schedule and respective word-count limitations.

We have conferred with counsel for plaintiffs Milos Vavra (from the firm of Dunnington Bartholow & Miller, LLP) and Timothy Reif and David Fraenkel as co-trustees of the Leon Fischer Trust (from the firm of Kelley Drye & Warren LLP).  The parties' joint proposal is as follows:

A.     Defendants' combined motion to dismiss would be filed on June 30, 2026 at a word-count limit of 16,000 words.  This word count limit accounts for the arguments previously submitted by Defendants (which would largely be repeated, and which previously totaled 11,179 words) as well as new arguments concerning the amended HEAR Act's constitutionality or lack thereof.

B.     Plaintiffs will work together in good faith to submit a combined opposition to the motion to dismiss on August 17, 2026 at the same 16,000-word count limit.  In the event that Plaintiffs cannot reach agreement between themselves as to the content(s) of the opposition, then the Trust would submit its own opposition brief at a 16,000-word count limit, and Vavra would submit his own opposition brief at a 2,000-word count limit.

C.     Plaintiffs would file their cross-motion for jurisdictional discovery on August 17, 2026 at a 4,000-word count limit. Plaintiffs will work together in good faith to submit a combined brief. In the event that Plaintiffs cannot reach agreement as to the content(s) of the brief, then the Trust would submit its own brief at a 3,500-word count limit, and Vavra would submit his own brief at a 500-word count limit.

 PRYOR CASHMAN LLP

Hon. John G. Koeltl
May 26, 2026
Page 2

     D.     Defendants' motion to dismiss reply papers would be due on September 30, 2026 (accounting for the Jewish High Holidays as well as a six-day arbitration hearing I have scheduled that month) with a 11,000-word count limit (Defendants' previous reply brief was 8,500 words, without the constitutional issues being addressed). Defendants would oppose Plaintiffs' cross-motion for jurisdictional discovery on that same date at the 4,000-word count limit.

     E.     Plaintiffs' cross-motion reply papers would be due on October 21, 2026 at a 3,000-word count limit. Plaintiffs will work together in good faith to submit a combined reply brief. In the event that Plaintiffs cannot reach agreement as to the content(s) of the reply brief, then the Trust would submit its own brief at a 2,500-word count limit, and Vavra would submit his own brief at a 500-word count limit.

                       Respectfully submitted,

                       William L. Charron

cc:     All counsel of record (*via ECF*)